# United States District Court ~~SEALED~~

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**SHAMONIQUE FERGUSON**

# CRIMINAL COMPLAINT

CASE NUMBER: 1:17-mj-00249

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or between December 1, 2016 and April 11, 2017, in Hamilton County, Monroe County and Howard County, in the Southern District of Indiana defendant did,

Commit Extortionate Communication, Mail Threats and Stalking,

in violation of Title 18, United States Code, Section 875(c),   Title 18 United States Codes Section 876(c) and (d) and Title 18, United States Code, Section 2261A.   I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit.

**Continued on the attached sheet and made a part hereof.**

_____
Michael K. Williams, US Postal Inspector

**Sworn to before me, and subscribed in my presence**

April 13, 2017
**Date**

at   Indianapolis, Indiana
_____

_____
Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

## AFFIDAVIT

I, U.S. Postal Inspector Michael Williams, being duly sworn upon my oath, depose and state the following:

## INTRODUCTION

1.    **Affiant**:    I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS). I am currently assigned to the Detroit Division, Indianapolis Domicile in Indianapolis, IN. I have been employed as a Postal Inspector with the USPIS since August 2010. I am sworn and empowered to investigate criminal activity involving or related to the US Postal Service. I am currently assigned to work a miscellaneous assignment. I have received advanced training by the USPIS in the investigation of dangerous or threatening items being transported through the United States Mail. As part of my duties, I have investigated incidents wherein the United States Mail was used for the purpose of transporting threatening communications, hoax devices, and hazardous substances, in violation of Title 18, United States Code, Sections 844, 876, 1705, 1715 and 1716. I have been a Dangerous Mail Investigator (DMI) with the USPIS since May 2011 and have received training and complete yearly certification pertaining to dangerous and hazardous substances transported through US Mail. I have received additional training through ATF regarding Improvised Explosive Devices (IED). I have also participated in numerous investigations involving threatening communications, dangerous and hazardous items being transported through US Mail. As a DMI Postal Inspector, I have received considerable training related to identifying, screening, and tracking potential harmful or threatening items. In addition, I have received instruction and training in the conduct of criminal investigations associated with dangerous items or threatening communications sent through US Mail. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section

1

2510(7); that is, an officer of the United States who is empowered by law to conduct investigations

of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      **Information Provided**:  The statements in this affidavit are based on my personal

involvement in this investigation and related to me by third parties, including law enforcement

officers. Because this affidavit is being submitted for the limited purpose of securing a Criminal

Complaint and Arrest Warrant, I have not included each and every fact known to me concerning

this investigation.

3.      **Requested Court Action**:  I request the Court to issue a Criminal Complaint and

Arrest Warrant charging **SHAMONIQUE M. FERGUSON ("FERGUSON")** with knowingly

violating the following statutes:

A.      Extortionate Communication:  18 U.S.C. § 875(c) prohibits a person from

(c) transmitting in interstate or foreign commerce any communication containing any threat

to kidnap any person or any threat to injure the person of another;

B.      Mail Threats:  18 U.S.C. § 876 (c) prohibits a person from (c) knowingly

depositing or causing to be delivered as aforesaid, any communication with or without a

name or designating mark subscribed thereto, addressed to any other person and containing

any threat to kidnap any person or any threat to injure the person of the addressee or of

another; and

C.      Stalking:  18 U.S.C. §2261A prohibits a person from using the mail, any

interactive computer service or electronic communication service or electronic

communication system of interstate commerce, or any other facility of interstate or foreign

commerce, with the intent to kill, injure, harass, intimidate, or place under surveillance with

intent to kill, injure, harass, or intimidate another person, to engage in a course of conduct

that **(A)** places that person in reasonable fear of the death of or serious bodily injury to that

2

person, an immediate family member of that person, or a spouse or intimate partner of that person, or **(B)** causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member of that person, or a spouse or intimate partner of that person.

## CRIMINAL CHARGES

4.    The Government alleges the following criminal violations by SHAMONIQUE FERGUSON

    A.    **COUNT I**:  Shamonique FERGUSON, on or between December 1, 2016 and April 11, 2017, did knowingly transmit in interstate or foreign commerce any communication containing any threat to kidnap or any threat to injure the person of another. 18 U.S.C. § 875(c).

    B.    **COUNT II**:  Shamonique FERGUSON, on or between December 30, 2016 and March 24, 2017, did knowingly deposit or cause to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, an address to any other person and containing any threat to injure the person of the addressee or of another, 18 U.S.C. § 876(c); and

    C.    **COUNT III**:  Shamonique FERGUSON, on or between December 1, 2016 and April 11, 2017,  did knowingly use the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate VICTIM 1 and VICTIM 2, did engage in a course of conduct that **(A)** placed VICTIM 1 and / or VICTIM 2 in reasonable fear of the death of or serious bodily injury to VICTIM 1 and / or VICTIM 2,, an immediate family member of that person, or a spouse or

3

intimate partner of that person, or **(B)** caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to VICTIM 1 and / or VICTIM 2, an immediate family member of VICTIM 1 and / or VICTIM 2, or a spouse or intimate partner of VICTIM 1 and / or VICTIM 2.

## DEFINITIONS & TERMS

5.     Based on my training, communication with others who have cyber-crime expertise, and my experience, I know the following:

A.     The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. In order to access the Internet, an individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet. The world wide web ("www") is a functionality of the Internet which allows users of the Internet to share information;

B.     With a computer connected to the Internet, an individual computer user can make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, wireless and numerous other methods; and

C.     With a computer connected to the Internet, an individual computer user can make electronic contact with millions of computers around the world. Many individual computer users and businesses obtain their access to the Internet through businesses known as Internet Service Providers ("ISPs"). ISPs provide their customers with access to the Internet using telephone or other telecommunications lines; provide Internet email accounts that allow users to communicate with other Internet users by sending and receiving electronic messages through the ISPs' servers; remotely store electronic files on their customers' behalf; and may provide other services unique to each particular ISP.

4

D.     The ISPs maintain records pertaining to the individuals or companies that have subscriber accounts with the ISP. Those records may include identifying and billing information, account access information in the form of log files, email transaction information, posting information, account application information, Internet Protocol addresses, and other information both in computer data format and in written record format.

E.     <u>Facebook:</u>  Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.  Often times, a business will establish a Facebook page that allows individuals who "follow" the page to write comments on the business's page.  For instance, a Facebook user who likes the page "Pure Barre Downtown Indy" can write reviews of the business, comment on postings made by the business, or generally post on the business page.

F.     <u>Sandboxx:</u> is a website that provides supportive services to military service men and women and their families and friends.  Sandboxx, when used as an app, has a feature called "letters," which allows a user to type a digital communication, which can include photos, and the app will convert that communication into a physical letter and will send that letter to an address as directed by the user.  The users pays for the service with a credit card in the app itself.  Sandboxx is headquartered in Arlington, VA.

G.     <u>Shutterfly:</u> Shutterfly is an online photo ordering service in which a user creates an account, uploads photos to that account and orders printed products using those photos, including photo albums, calendars and photo prints of different sizes.   The user

pays for the service of ordering products; however, opening an account is free. To set up an account, users are required to provide an email address.

8.      The following definitions apply to this Affidavit and its Attachments:

A.      The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

B.      The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

C.      "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses

the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address, which is used each time the computer accesses the Internet.

D.     "Domain names" are common, easy to remember names associated with an IP address. For example, a domain name of "www.usdoj.gov" refers to the IP address of 149.101.1.32. Domain names are typically strings of alphanumeric characters, with each level delimited by a period.

E.     "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

## SPECIFIC PROBABLE CAUSE

9.     On January 25, 2017, Detective Cesar Rodriguez ("Rodriguez") from the Fishers, IN, Police Department began communicating with me regarding an investigation into the stalking and harassment of a young woman, VICTIM 1, whose identity is known to law enforcement. VICTIM 1 is a young woman who has resided in the Southern District of Indiana throughout all times relevant to this investigation. VICTIM 2 is VICTIM 1's father.

10.     Rodriguez advised me that since 2012, VICTIM 1 has been a target of cyber bullying, intimidation, and threats transmitted through social media. Prior to 2016, however, the threats were confined to social media and VICTIM 1 attempted to manage the threats and harassment on her own.

A.     In 2012, when VICTIM 1 was about 13 years old, she became Facebook friends with three individuals with the following Facebook profiles: Shamonique FERGUSON, who she also knew as "Shammie" ("FERGUSON"), "Dylan James" aka "Dylan Balarzo," "Danny" aka "Kenny Soo Wavy."

7

B.    VICTIM 1 has never met "Dylan," FERGUSON, or "Danny / Kenny" in person.

C.    VICTIM 1 attended school with and was friends with a female named Melia Carter ("Carter"), who was also friends through social media with FERGUSON.

D.    In 2012, a dispute arose over Facebook in which FERGUSON became upset with VICTIM 1. FERGUSON then began to stalk and harass VICTIM 1 on Facebook, Twitter, and through telephone conversations. VICTIM 1 attempted to handle the situation by changing phone numbers and discontinuing social media communication with these individuals.

11.    Beginning in approximately December of 2016, however, when VICTIM 1 attended college, those harassing her directed threats to other institutions in the name of VICTIM 1, which caused VICTIM 1 to seek police intervention and allowed for a documentation of the threats against VICTIM 1.

12.    Since December of 2016, VICTIM 1 has been threatened with physical violence and death through various means, including cell phone calls, mailed communications, social media posts. Threats to others, including universities have been made in her name. She has been the subject of false reports. All of this activity was directed against targets in the Southern District of Indiana.

## CRIMINAL CONDUCT DIRECTED AT VICTIM 1 / VICTIM 2

13.    **MAILED THREATS:** Since December of 2016, an individual / individuals have used the U.S. Mail and a private mail carrier to make threats of death or serious bodily injury to VICTIM 1. Based on the information in this affidavit, this Affiant believes that the mailed threats were deposited or caused to be delivered through the actions of FERGUSON. Items were sent to VICTIM 1 and / or family at her home address ("ADDRESS 1"), which is known to law enforcement.

A.     VICTIM 1 provided Det. Rodriguez with several First Class letters and packages she received from unknown senders. Det. Rodriguez had the Indiana State Police Bomb Squad clear the packages.

B.     Through Law enforcement databases, I was able to confirm that the purported senders of these letters and packages were not associated with the listed return addresses.

C.     VICTIM 1 received a U.S. Priority Mail package containing tracking number 9505 5150 0036 6365 0266 21 which was mailed from the Hamlet Post Office in Hamlet, NC on December 30, 2016.

　　　i.     Hamlet, NC is FERGUSON's town of residence.

　　　ii.    This package, addressed to VICTIM 1, contained various items.

　　　　　a.     Inside of that package was a card addressed to VICTIM 1 with a return addressee of "Dynisha Smith" at an address in Kokomo, IN that does not appear to exist.

　　　　　b.     The card was a holiday card and on it, the following words were handwritten: "Fuck yo whole family Ima kill yall asses drop dead bitch. Fuck you"

　　　　　c.     A pair of used underwear and a used feminine menstrual pad/diaper were in the package as well.

D.     VICTIM 1 received a First Class letter with an envelope addressed to VICTIM 1 and her family at address 1 delivered by the U.S. Postal Service. It contained a postmark of 30 Dec 2016 out of Charlotte, NC. It contained a typewritten letter purporting to be from the grandmother of a young woman who had allegedly tried to kill herself.

E.      VICTIM 1 received a second First Class letter addressed to VICTIM 1 at ADDRESS 1 delivered by the U.S. Postal Service.  It contained a postmark of 30 Dec 2016 out of Charlotte, NC.  It contained a handwritten letter that read as follows: "Dear, (VICTIM 1 first name) you fucking Bitch Im gonna kill you and your family Im going to come and blow Skyzone up with everyone in it youre a fucking Bitch I hope you Die!!  You ran from your drama bitch Adrienne is in a coma while youre alive. You left this pain on my family while you disaper (sp). Im gonna fucking kill you! Bitch"

F.      VICTIM 1 received a third First Class letter that was addressed to VICTIM 1 at address 1 delivered by the U.S. Postal Service.  It was mailed from the Hamlet Post Office in Hamlet, NC on January 17, 2017 (FERGUSON's town of residence).  The writing on the envelope was handwritten.

i.      The letter inside was typewritten and began "Dear, (VICTIM 1)," which is the same way that the second letter began (same incorrect use of punctuation, with the comma after the word "Dear" and before the Vitim's name).

ii.     The letter said that VICTIM 1 was a "punk ass bitch."  It referenced the fact that VICTIM 1 changed her phone number.

iii.    The writer said "I'LL SHOW YOU HARASSMENT NOW" and "I need some fucking ANSWERS quick and fast before I snap somebody's neck over my cousin." "I hope you die a slow painful death. If it was up to me you wouldn't even be alive right now." "TRUST MY WORD YOU WON'T SLEEP AT NIGHT as long as I and my family is involved."

iv.     The letter directed VICTIM 1 as follows: "YOUR ASS IS GOING DOWN DON BELIEVE GO TO SHAMMIES TWITTER AND CHECK FOR

YOURSELF."   It then provides a web address for the Twitter account of Shamonique FERGUSON. The writer says "I will ruin your fucking life . . ."

v.      This envelope also contained printed out Facebook and Twitter postings which mention VICTIM 1, including print outs of posts from FERGUSON's account.

G.      VICTIM 1 received a fourth letter addressed to VICTIM 1 at ADDRESS 1 delivered by the U.S. Postal Service. It contained a postmark of 18 Jan 2017 out of Seattle, WA. The victim's address, the return address, and the letter inside were typewritten. The letter inside contained the following statements:

i.      "WATCH YOUR BACK (VICTIM 1).   I KNOW WHERE SKYZONE IS . . . AND IUK (INDIANA UNIVERSITY-KOKOMO) IS LIKE 10 MINUTES FROM MY HOUSE  I KNOW WHERE YOU LIVE."

ii.      "everyone has your address now and this shit is not over.  NEVER GONNA BE . . . KEEP YOUR FUCKING MOUTH SHUT. . . and you better have a body guard but nope."

iii.      "You may get your wish (to die) sooner than you think."

H.      **Packages from SHUTTERFLY Website:** On or between January 31, 2017 and February 9, 2017, VICTIM 1 received four packages from Shutterfly, an internet based image publishing service, sent to ADDRESS 1.  These packages were delivered by UPS.

i.      The packages were addressed to VICTIM 1's father who lived with VICTIM 1.  The package from Shutterfly contained an order sheet which read "Ordered for you by **Derek Diego** on 02//06/17."

   ii.  These packages contained photos of social media posts that purported to be images of VICTIM 1. The images were sexually explicit and contained comments that had been added to the photos that were sexually explicit.

   iii.  In the opinion of this Affiant, the images were designed to be received by the father of VICTIM 1 in order to embarrass VICTIM 1; however, the images do not appear to actually depict VICTIM 1.

14. **EXTORTIONATE THREATS AND STALKING OF VICTIM 1 THROUGH THREATS TO SKY ZONE OF FISHERS:** Since January of 2017, an individual / individuals have used Facebook to threaten to commit acts of violence at the Sky Zone of Fishers. Sky Zone is an indoor family entertainment center. In January of 2017, VICTIM 1 was employed by Sky Zone of Fishers.

  A. On January 12, 2017, Sky Zone of Fishers, IN, received a threat through their Facebook page.

   i. On that date, Facebook user "Kenny Soo Wavy" posted that he was going to go into Sky Zone in Fishers and shoot everyone, specifically VICTIM 1.

   ii. Facebook user "Samantha Antonia" commented on "Kenny Soo Wavy's" Facebook post and supported the threatening statements towards VICTIM 1 posted by "Kenny Soo Wavy."

   iii. "Kenny Soo Wavy" wrote that he was going to kill VICTIM 1 and that he would send a "pipe bomb" to her house.

  B. On March 10, 2017, a phone call came into the Sky Zone of Fishers. In that call, the caller asked if VICTIM 1 was there and said that "they" wanted VICTIM 1 dead.

15. **THREATS TO UNIVERSITIES:** Since January of 2017, an individual / individuals have threatened the safety of students and others at the Indiana University-Kokomo,

Indiana University-Bloomington, Indiana University-Ft. Wayne, and Ivy Tech College by indicating that VICTIM 1 is going to commit acts of physical violence at the University / Universities.

A.   On January 3, 2017, Indiana University located in Kokomo, IN (:IU-Kokomo"), received two separate reports. The reports alleged that a student, VICTIM 1, was suicidal and was going to shoot everyone at IU-Kokomo.

   i.   One report was called in via telephone and the caller's name was reported as "Melia Carter." "Carter" informed IU-Kokomo personnel that "Carter" had received text messages from VICTIM 1 that mentioned "blowing the school up" and "killing everyone in the school."

   ii.   The second report came from IU-Kokomo's Facebook page where "Samantha Antonia" posted a message saying VICTIM 1 was going to bring a gun to the school and kill everyone on campus.

      a.   Detective Rodriguez received a police report completed by IU Kokomo (Report #170001) which referenced   screenshots of conversations between a female by the name of "Samantha Antonia" and IU Director of Media and Marketing, Marie Lindskoog ("Lindskoog").

      b.   The screenshots depicted a conversation between Lindskoog and Samantha Antonia, which occurred on January 3rd, 2017 at approximately 7:42 AM through Facebook messenger.

      c.   During this Facebook-based conversation, user Lindskoog asked "Samantha Antonia" for a phone number so that the school could

communicate with "Samantha Antonia" directly about the threat that VICTIM 1 allegedly posed to the University.

d. "Samantha Antonia" confirmed that she knew the alleged suspect and provided VICTIM 1's first name. "Samantha Antonia" informed Lindskoog that "Samantha Antonia's phone number was (765) 313-8893. IU Kokomo Police investigated the information.

e. Fishers Police Department responded to VICTIM 1's then-place of employment (Sky Zone of Fishers, IN) and detained VICTIM 1.

f. Based on the threats, which she had allegedly made, VICTIM 1 was involuntarily admitted to the Community North Hospital of Indianapolis, IN; however, she was, at all times, cooperative with the police.

g. VICTIM 1 was subsequently admitted to the hospital purely because of the reported threats that were alleged to have been made by VICTIM 1. VICTIM 1 was evaluated by medical staff and released.

h. Det. Rodriguez learned from Indiana University Det. Michael Richardson and Lindskoog that on January 9, 2017, "Samantha Antonia" messaged Lindskoog via Facebook messenger again and further inquired about the status of her report. After being informed that the matter was reported to police, "Samantha Antonia" further provided a phone number of (910) 557-1329.

i. Lindskoog blocked Samantha Antonia at the direction of IU Komomo Police after obtaining the phone number.

j.  Lindskoog was again contacted on January 13, 2017 through Facebook on her personal Facebook page by a "Shammie FERGUSON." Lindskoog reported that the female, "Shammie FERGUSON" stated that she had seen a post on Indiana University-Kokomo and asked "is everything solved or is the situation still going on?" Lindskoog said that "Shammie "FERGUSON" wrote that her cousin attends there and she did not want her cousin attending "that school if a girl is sending threats."

k.  A Facebook search warrant return, discussed in further detail below, showed that FERGUSON is the one who sent the correspondence to Lindskoog on January 13, 2017. The message FERGUSON transmitted read as follows:

> "Hey idk you but I seen the review post on Indiana university kokomo! Is everything solved or is the situation still on going? Someone needs to be charged! My cousin attends there and I don't want them attending that school if a girl is sending threats. I cannot lie I did see messages from this girls friends with her threatening suicide and to kill everyone in the school & I have a recorded phone conversation with the girl saying exactly that bullied people retaliate with killing others or hurting others... I was supposed to be transfer there in the summer and now I'm afraid to go! What are you guys doing to take further action??"

15

iii.     Indiana University Detective Michael Richardson had received additional subpoenaed information from Time Warner referencing the phone number provided to Lindskoog, as being the phone number for "Samantha Antonia" of (910) 557-1329. The Time Warner Response to Subpoena depicted phone number (910) 557-1329 belonged to Culinda C. Short at 411 Washington Avenue, Hamlet, North Carolina, which is known to match the confirmed home address for Shamonique FERGUSON. Culinda Short is FERGSUON's mother. Additionally, Time Warner provided two additional phone numbers connected to the Hamlet address: (910) 557-9292 and (910) 331-5064. This information was confirmed through review of police reports from Det. Richardson and Det. Rodriguez's conversation with Lindskoog on April 11, 2017.

B.     HOMELAND SECURITY CALL-IN: On February 22, 2017, the Homeland Security Emergency Dispatch Center, located in Michigan, received a call from an unidentified female who reported that VICTIM 1 had made statements on Facebook that she was going to "blow up" Indiana University located in Bloomington, IN, and Ivy Tech located in Kokomo, IN, sometime that week.

C.     On March 24, 2017, Indiana University-Bloomington and Indiana University/Purdue University located in Fort Wayne, Indiana received threatening letters that were mailed through Sandboxx. Sandboxx is a website that provides services to military service men and women and their families and friends, which allows a user to type a digital communication, and the app will convert that communication into a physical letter and will send that letter to an address as directed by the user. The users pays for the service with a credit card in the app itself.

i.  Both Universities received identical letters with a return address of VICTIM 1 from ADDRESS 1.

ii. The letters stated, "This (VICTIM 1) a student attending Indiana university Kokomo. Fuck everyone and the teachers here! I swear man I have a plan to kill everyone in this school and bomb this whole college in a week! Fuck all of the staff and everyone who attends here." "this is not a threat this is a promise Ima kill everyone in this fucking school and give you guys two weeks." "if anybody wants to do something or pull up my address is (ADDRESS 1). I'm waiting on y'all to pull up so I can kill everyone of you guys.. just wait on it!! Ima give everyone two weeks and it's a rap...."

16.  **INTERSTATE TELEPHONIC THREATS:** Since December of 2016, an individual / individuals have used the phones to harass VICTIM 1 and her father; moreover, an individual / individuals have used the phones to make false reports that VICTIM 1 is a victim of sex trafficking at the hands of her father and that VICTIM 1 is engaged in terrorist activity.

17.  **FALSE REPORTING OF EMERGENCIES / CRIMES DIRECTED AGAINST VICTIM 1:** There have been over two dozen false emergency calls made into the Hamilton County Emergency Dispatch center where multiple police, fire and emergency ambulance units were dispatched to VICTIM 1's address as most of the calls alleged some sort of medical emergency, a fire and even reports of sexual and animal abuse at VICTIM 1's address.

A.  **Apartment fire**: On January 31, 2017, Fishers Fire Department (FFD) Administrative Office received a call from a female who said she was out of state and learned her apartment was on fire. This female caller provided the address for her apartment, ADDRESS 1, which was the address at which VICTIM 1 and her father lived. FFD responded with police to the reported address. VICTIM 1 and family were home, there was

17

no fire, and the family said that none of them made the report.  VICTIM 1 was not "out of town," and no one had called her to tell her that her apartment was on fire.

B.    **Human trafficking**:  On February 8, 2017, the National Human Trafficking Hot Line and Homeland Security received a report that VICTIM 1 was a victim of human trafficking by her father.  Homeland Security interviewed VICTIM 1 regarding this claim, and the report was determined to be false.

C.    **Anonymous report of person not breathing:**  On January 19, 2017, a call was made to the Fishers Police Dispatch reporting that "somebody is there not breathing" at ADDRESS 1.  The caller appeared to be a male caller, but the caller said that he wished to remain anonymous.  The caller told the dispatcher that a female "told me about it" and that the caller's information came from a friend on Facebook in New York who had messaged the caller.  The caller said, "She asked me to do this for her" and reported that the friend did not tell the caller why she is not breathing.  When asked for a contact number for her friend, the caller said that he did not have a number because she's just a Facebook friend."

D.    **Anonymous Amber Alert tip**:  On March 24, 2017, the Tennessee Bureau of Investigation received a report from a caller named "Malia Carter" who informed that VICTIM 1 had been in contact with missing teenager Elizabeth Thomas.  The Federal Bureau of Investigations interviewed VICTIM 1 regarding this claim, and the report was determined to be false.

## IDENTIFICATION OF SHAMONIQUE FERGUSON

18.    On numerous occasions, Det. Rodriguez and others have interviewed VICTIM 1. She has denied that she was the individual responsible for the threatening communication.  VICTIM 1 voluntarily turned over her cell phone to determine whether there was any evidence that she was

18

somehow involved in these threats, and no such evidence exists. In a review of a Facebook Search Warrant return for FERGUSON's account, it is clear that VICTIM 1 wanted no more communication with FERGUSON. After the false report alleging that VICTIM 1 was the victim of human trafficking at the hands of her father, VICTIM 2, VICTIM 1 identified Shamonique FERGUSON as a person who was involved in cyber-bullying.

19. **Interview of FERGUSON:** On January 13, 2017, officers from the Richard County, North Carolina Office went to the residence on Washington at the request of the Fishers (Indiana) Police Department. When they arrived, FERGUSON identified herself and immediately asked "Is this about (VICTIM 1)" referring to VICTIM 1 by her first name. She asked the officers if she was going to jail. On this date, the officers conducted a non-custodial interview of FERGUSON that they recorded.

A. FERGUSON said that she "met" VICTIM 1 through Facebook in 2012 and had also spoken with VICTIM 1 by phone. During the interview, FERGUSON displayed a knowledge of personal facts in VICTIM 1's life, such as where VICTIM 1 went to school, lived, and worked.

B. FERGUSON said that in December of 2016, she and VICTIM 1 stopped communicating. FERGUSON said that people wrote false things about FERGUSON online and FERGUSON believed that VICTIM 1 was involved.

C. FERGUSON admitted that she made threatening phone calls to VICTIM 1 and left threatening messages. FERGUSON indicated that someone using VICTIM 1's name had posted online messages about FERGUSON, claiming that FERGUSON had herpes or AIDS, and "that's why I attacked her (VICTIM 1)".

D. FERGUSON said that she had written things about VICTIM 1 on her own Facebook page.

E. When questioned about making online threats, FERGUSON initially denied it; however, when detectives told her that internet activity had been traced to her house, FERGUSON began admitting to making threats. FERGUSON, however, claimed that she was not the only person making threats to VICTIM 1.

F. FERGUSON admitted that she had posted threatening messages on the Sky Zone Facebook page because "Kenny Santos" told her to do so.

G. FERGUSON admitted to calling "the university" and told them that people were making threats. FERGUSON said that other people were calling and making threats.

H. Whenever investigators told FERGUSON that her threatening conduct needed to stop, FERGUSON responded by telling detectives that she was not the only person making threats. FERGUSON indicated that a number of other individuals were involved in making threats against VICTIM 1. She provided names of other individuals who were involved in threatening VICTIM 1 and indicated that all of these individuals were associated with FERGUSON. It was clear from her comments about these individuals and her knowledge of their threats to VICTIM 1 that FERGUSON wanted detectives to believe that she was part of a group of people who were involved in making threats.

I. FERGUSON reported that she lived at 411 Washington St., Hamlet, NC.

20. **Call to Det. Rodriguez from FERGUSON:** On January 19, 2017, FERGUSON contacted Det. Rodriguez by telephone.

A. Det. Rodriguez reminded Shamonique FERGUSON that as Detectives from North Carolina had warned Shamonique to stop all unwanted communication towards VICTIM 1 directly or indirectly.

B. FERGUSON confirmed with Det. Rodriguez that her phone number as 910-557-1329.

C.     Additionally, FERGUSON voluntarily divulged that she had stopped all threats and has not been contacting "(VICTIM 1) at all, unless ya'll are on my Twitter."

D.     FERGUSON advised Det. Rodriguez that the Hamlet Police Department did not tell her anything about anyone being charged but they only told her to "stop."

E.     FERGUSON further advised to Det. Rodriguez the following statement "they say a girl committed suicide, but I don't know who she really is."

21.     **False Report Patterns:**  Regarding the multiple false reports regarding VICTIM 1 and her address, Det. Rodriguez was able to obtain some of the dispatch center recordings for the call and the emergency.

22.     Detective Rodriguez advised me of the following incidents:

| | | |
|---|---|---|
| FPD Incident/Case 2016-36501 | 08/28/16 | Harassment |
| FPD Incident/Case 2016-39920 | 09/19/16 | Harassment Fake FB |
| FPD Incident/Case 2016- 49777 | 11/29/16 | Harassment |
| FPD Incident/Case 2016- 53377 | 12/29/16 | Harassment |
| FPD Incident/Case 2016-53433 | 12/29/16 | Harassment/Intimidation and Death Threats |
| FPD Incident/Case 2016-53442 | 12/29/16 | False Report/Intimidation |
| FPD Incident/Case 2016-53586 | 12/31/16 | Death Threats/Welfare Check |
| FPD Incident/Case 2017-60 | 01/01/17 | False Emergency Report |
| FPD Incident/Case 2017-260 | 01/03/17 | Assist IUKPD/IU Kokomo Bomb Threats/Health ID |
| FFD Incident/Case 2017-463 | 01/31/17 | False Report/Police & EMS Run–Female caller out of state and apt. on fire |
| FFD Incident/Case 2017-933 | 01/09/17 | False Report/EMS & Fire Run –Alleged male caller advising that a female at location is having difficulty breathing – |

| | | |
|---|---|---|
| FPD Incident/Case 2017-1020 | 01/10/17 | Sky Zone Fishers – Initial calls which led to Threats on Facebook and False Report |
| FFD Incident/Case 2017-1442 | 04/07/17 | False Medical Emergency -reported a friend is having anxiety attack |
| FPD Incident/Case 2017-4135 | 01/31/17 | False Emergency Dispatch – Faith Baker gives 910 557 1319 as call back number. Officers call back and speak with "Faith Baker." |
| FPD Incident/Case 2017-5984 | 02/11/17 | Assist KPD/ Ivy Tech Kokomo False Report/Bomb Threat |
| FPD Incident/Case 2017-7705 | 02/22/17 | False Report into DHS Fed. Police Dispatch/Human Trafficking |
| FPD Incident/Case 2017-7849 | 2/23/17 | False Report of Animal Abuse & Neglect |
| FPD Incident/Case 2017-9747 | 3/8/17 | False Sexual Abuse Report |
| FPD Incident/Case 2017-10088 | 3/10/17 | False Sexual Abuse Report |
| FPD Incident/Case 2017-10204 | 3/10/17 | Harassment into Sky Zone/Threat |
| FPD Incident/Case 2017-10206 | 3/10/17 | Harassment/False Report |
| FPD Incident/Case 2017-10219 | 3/10/17 | False Report – Annalisa # 910-206-4884 |
| FPD Incident/Case 2017-10233 | 3/10/17 | False Report/Harassment – Anna Smith #910-206-4884 |

## AFFECTED AGENCIES, COLLEGES, UNIVERSITIES AND BUSINESS:

| | | |
|---|---|---|
| Fishers Police Report | Multiple False Reports | 2016-2017 |
| USPIS | Lead Case Agency | 2017 |
| IU Kokomo Police Report | Social Media Report of Threats | 1.3.17 |
| Sky Zone Fishers | Received social media threats | 1.12.17 |
| DHS/HSI Human Trafficking | False Report | 2.8.17 |

22

| DHS/Federal Protective Service | False Report | 2.22.17 |
| Ivy Tech Kokomo | KPD Report # (UNKNOWN) | 2.22.17 |
| IPFW (Fort Wayne) | Mailed Letter w/Threats | 3.24.17 |
| IU Bloomington Report # 170718 | Mailed Letter w/Threats | 3.24.17 |
| FBI/Amber Alert Call | False Report | 3.24.17 |

23. We have not been able to connect all of the calls to FERGUSON; however, at this point, no other suspect has been identified and there is evidence from Facebook of FERGUSON using others to make calls at her request (discussed below).

24. Additionally Det. Rodriguez informed me that after he listened to all of the emergency dispatch recordings that he was able to obtain for most of the calls for service. Det. Rodriguez had previously spoken with Shamonique FERGUSON on the phone on January 19th, 2017 and had also reviewed the voice recorded conversation between Shamonique FERGUSON and Detectives with the Richmond County Sheriff's Office on January 13th, 2017.

    A. He recognized that in seven (7) separate incidents that are referenced below, Rodriguez was confident that Shamonique FERGUSON was the caller and provided an alias to the dispatchers.

| | | |
|---|---|---|
| i. | FPD 2016-53377 | 12/29/2016 |
| ii. | FPD 2016-53442 | 12/29/2016 |
| iii. | FFD 2017-1442 | 4/07/2017 |
| iv. | FPD 2017-4135 | 1/31/2017 |
| v. | FPD 2017-7849 | 2/23/2017 |
| vi. | FPD 2017-10219 | 3/10/2017 |
| vii. | DHS/Federal Protective Service | 2/22/2017 |

B.      On two (2) additional calls, Det. Rodriguez advised me that he believed that it was FERGUSON on the recorded dispatch line; however, it appeared that she was using a voice-altering device.

i.      FPD 2017-9747                    3/8/2017

ii.     FPD 2017-10088                   3/10/2017

C.      Additionally the Hamilton County (Indiana) Emergency Dispatch center provided the phone number (910) 557-1329 as a call back number for the caller of some of the false reports, which has been confirmed to be the phone number for FERGUSON.

25.     **Clustered activity linking to FERGUSON**: All of these events occurred on March 10, 2017:

A.      FERGUSON called the Fishers Police Department multiple times, inquiring about the status of her case and asked if she was being investigated.

B.      A female called into the Fishers Sky Zone. This is the same location that Shamonique FERGUSON admitted to sending the threatening messages to, using the "Kenny Soo Wavy" account, in her admission to Richmond County Sheriff Deputies and Investigators on January 13, 2017. The female caller asked if VICTIM 1 was at the Sky Zone and said that "they" wanted VICTIM 1 dead.

C.      A female caller using the name "Anna Lisa" from the phone number 910-206-4884, called the Fishers Police Department to report that her cousin "Dylan" was being threatened by VICTIM 1. The incident associated with this is under FPD 2017-10219. Det. Rodriguez advised that after he listened to the dispatch recording through further investigation, he is confident the voice from the caller alleging to be "Anna Lisa" is that of FERGUSON.

26. **Facebook Search Warrant Return:** In March of 2017, this Affiant submitted a search warrant in the United States District Court for the Southern District of Indiana for account information for Facebook accounts for "Kenny Soo Wavy," "Samantha Antonia," and Shamonique FERGUSON. In reviewing the return for FERGUSON, this Affiant is convinced that the account actually belongs to the same FERGUSON who was interviewed by police on January 13, 2017. In addition to other factors, there are messenger conversations between FERGUSON and her mother that convince this affiant that the account is not a fake or spoofed account.

27. The warrant returns revealed the following:

A. **SHARED IP ADDRESSES:** The Facebook accounts of "Kenny Soo Wavy" and "Samantha Antonia" repeatedly share an IP Address with FERGUSON's Facebook account, leading this affiant to conclude that FERGUSON either controls these accounts directly or uses them for the account owner, since a password is required to login to a Facebook account. Given FERGUSON's admissions that she made the Sky Zone threat posts in January of 2017, which utilized the accounts of "Kenny Soo Wavy" and "Samantha Antonia," it is this Affiant's opinion that threats made to VICTIM 1 using these accounts are made by or at the direction of FERGUSON, either on her own or acting in concert with another.

    i. The Facebook accounts of "Kenny Soo Wavy," "Samantha Antonia," and FERGUSON have utilized the same IP login address such as **2606:a000:d606:d200:553d:12be:18fb:6e8f**, and **2606:a000:d606:d200:f9c0:e3ee:d0ba:1006**

    ii. On February 26, 2017, IP address **2606:a000:d606:d200:553d:12be:18fb:6e8f** was used to log in into "Samantha Antonia's" Facebook account at 16:50:42 and into "Kenny Soo Wavy's" Facebook

account at 16:49:09. This same IP address is shown on FERGUSON'S Facebook account seven (7) times from 13:40 through 13:54 on the same day.

  iii.  On  January  11,  2017,  IP  address **2606:a000:d606:d200:f9c0:e3ee:d0ba:1006** was used to login into "Samantha Antonia's" Facebook account at 16:07:45, 17:07:22, 17:51:46, 17:58:35, 18:43:04, 22:18:18.  The same IP address was used to login into "Kenny Soo Wavy's" Facebook account at 17:49:20, 17:58:02, 18:27:24 and 19:03:06 on the same day. The same IP address is shown on FERGUSON's Facebook account at 18:48:48 and 18:53:38 on the same day.

  B.  **ATTEMPTS BY FERGUSON TO CONVINCE OTHERS TO MAKE REPORTS**:

    i.  On January 1, 2017, FERGUSON asked 2 Facebook users to make false police reports

      a. FERGUSON messaged "Adoniyah Adams" and provided "Adams" with VICTIM 1's home address, the Fishers Police Department phone number (317) 595-3300), and she requested that "Adams" to call the Fishers PD. "Adams was directed to report the following, "Tell them that a girl named (VICTIM 1) called your phone saying she was in danger by her father and was scared and that ur friend is their neighbor and heard screaming from the apartment and she lives in apartment 202!! Tell them that ur name is faith baker and you live at lantern view drive apartment 202!! Please call she's in danger."

      b. On January 1, 2017, FERGUSON messaged "Xauvier Gainey" and provided the Fishers PD number 317-595-3300.  She instructed

"Gainey" to report the following, "Say (VICTIM 1) is having you be harassed by her family! She has her cousins calling your phone threatening to fight you and everything and whenever you woke up the next morning your car windows were busted and ask her Can she tell (VICTIM 1) to stop having her family contact me and that you're thinking about pressing charges."

1. FERGUSON promised the user a free phone if he would complete this call.

2. FERGUSON became upset with the user when he apparently could not complete the call, writing "I told you 5 times what to say and even typed it and you still messed it up. It doesn't make sense to me!!!"

28. **SHUTTERFLY USER IDENTIFICATION**: As mentioned above, VICTIM 1 and VICTIM 2 received packages from Shutterfly in January of 2017. They contained sexually explicit photos and social media posts that purported to be images of VICTIM 1.

A. With a Grand Jury subpoena, Shutterfly provided account information related to the order of these packages.

B. The account profile name and contact information is in the name of VICTIM 2 using their home address (ADDRESS 1); however, the email account associated to with the profile is fshamonique@yahoo.com, which is the same email address linked to FERGUSON'S Facebook account.

C. Billing information for this Shutterfly account revealed a VISA card with address billing address of 411 Washington Avenue, Hamlet, NC 28345 which is FERGUSON's home address. The last four digits of the VISA card are 2494.

D.      Some of the same sexually explicit photos mailed and received by VICTIM 1 in the Shutterfly package were also found in FERGUSON's Facebook account.

E.      The package sent to VICTIM 1 and VICTIM 2 said that the package had been ordered by "Derek Diego."

F.      It is believed that FERGUSON has created a false identification in the name of "Derek Diego."

     i.   In her Facebook messages, FERGUSON communicated with an individual trying to obtain a false identification for "Derek Diego."  She attempted to obtain false identification beginning in the summer of 2016.

    ii.   Contained in FERGUSON'S Facebook messages were photos of personal identifying information (PII) for Derek Diego and various identifications in the name of Derek Diego, including a Social Security Card.

29.    **SANDBOXX SEARCH WARRANT RETURNS:**  Regarding the Sandboxx letters that were sent, in VICTIM 1's name to two Indiana University campuses, Sandboxx responded to a Grand Jury subpoena for billing information related to these two letters.

A.      The Sandboxx account was in the name and address of VICTIM 1; however, the billing information reveals a VISA card with billing address 411 Washington Avenue, Hamlet, NC 28345, which is FERGUSON's home address.

B.      The last four digits of the VISA card which was used to purchase the Sandboxx letters to the universities were 2494.

C.      This billing address and last four numbers of the Visa card used to make the purchase match the same information for the Shutterfly purchase.

D.      On February 11, 2016, FERGUSON posted on Twitter that she had used Sandboxx to deliver letters, which shows her familiarity with the service.

28

30.     **INTERSTATE COMMERCE:**

    A.    The Internet, used to transmit Facebook communications, is a means and facility of interstate and foreign commerce.

    B.    Facebook is headquartered in California.

    C.    It is believed that FERGSUON, at all times, was operating out of North Carolina, with her intended targets of the threats being in the State of Indiana.

31.     **CONCLUSION:** Based upon the foregoing, your affiant request this Court to issue an Arrest Warrant and Criminal Complaint charging the defendant with Extortionate Communication, 18 U.S.C. §875(c), Mail Threats, 18 U.S.C. §876(c), and Stalking, 18 U.S.C. §2261A.

Michael K. Williams
United States Postal Inspector

Subscribed and sworn before me this ___13___ day of April 2017.

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana