UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. |
| SHAMONIQUE FERGUSON, | ) ) ) |
| Defendant. | ) 1:17-cr-0209 WTL-DML |

### INDICTMENT

The Grand Jury charges that:

### General Allegations

At all times relevant to these charges:

1. SHAMONIQUE FERGUSON, the defendant herein, was a resident of NORTH CAROLINA.

2. "VICTIM 1" is the pseudonym of a female who is an adult, but at all times relevant to the indictment was less than 20 years old and lived in the Southern District of Indiana.

3. VICTIM 2 is the pseudonym for the father of VICTIM 1. He also resides in the Southern District of Indiana.

4. The Internet is a means or facility of interstate of foreign commerce.

## COUNT 1
## Stalking
## 18 U.S.C. § 2261A

5. Paragraphs 1-4 of this Indictment are incorporated by reference into Count 1.

6. Shamonique FERGUSON, on or between December 1, 2016 and April 11, 2017, did knowingly use the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, or intimidate VICTIM 1 and VICTIM 2, to engage in a course of conduct that **(A)** placed VICTIM 1 and VICTIM 2 in reasonable fear of the death of or serious bodily injury to VICTIM 1 and VICTIM 2, an immediate family member of that person, or a spouse or intimate partner of that person, and **(B)** caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to VICTIM 1 and VICTIM 2, an immediate family member of VICTIM 1 and VICTIM 2, or a spouse or intimate partner of VICTIM 1 and VICTIM 2, that is: Shamonique Ferguson did repeatedly threaten the life of VICTIM 1 using the U.S. Mail and other commercial mail services, did place VICTIM 1 and VICTIM 2 in reasonable fear of death or serious bodily injury, and did engage in conduct that did cause VICTIM 1 and VICTIM 2 to experience substantial emotional distress,

All of which is a violation of 18 U.S.C. § 2261A.

## **FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 2261A as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 2261A, if convicted of the offense set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States: any property, real or personal, used or intended to be used to commit or to promote the commission of such offense of which the defendant is convicted, or any property traceable to such property, such as all computers, storage media, cameras and electronic equipment taken from her person or residence by law enforcement officers during the investigation of these offense. It also includes any property, real or personal, constituting or traceable to gross profits of other proceeds derived from said offense.

3. The property subject to forfeiture includes, but is not necessarily limited to all items confiscated from the Defendant on April 18, 2017.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 18, United States Code, Section 2261A, if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty.

5. In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 2261A.

A TRUE BILL:

███████████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Kristina Marie Korobov
Assistant United State Attorney